UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL ANTHONY LINDSEY,                      Civil No. 08-6299 PJS/AJB

　　　　Petitioner,

　　　　v.                                     O R D E R

STATE OF MINNESOTA,

　　　　Respondent.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated December 12, 2008, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. This action is summarily **DISMISSED WITHOUT PREJUDICE**.

DATED: January 9, 2009               s/Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　 Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　 United States District Court